## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANNETTE CARBONE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Defendant | ) | January 31, 2019 |

### NOTICE OF REMOVAL

Defendant Smith & Nephew, Inc., by and through its counsel of record, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes the above-captioned case to the United States District Court for the District of Connecticut.  In support of its removal of this action, Smith & Nephew, Inc. states as follows:

1.      Plaintiff, Annette Carbone, filed this products liability lawsuit against Smith & Nephew, Inc. on January 30, 2019, in the Superior Court of New Haven, Case No. NNH-CV-19-6088712-S (the "Complaint"). See Superior Court of Connecticut, Docket Sheet attached as **Exhibit A**.

2.      Smith & Nephew, Inc. was served with Plaintiff's Summons and Complaint on January 25, 2019.  See Service of Process Transmittal, attached as **Exhibit B**.

3.      Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because this case is being removed within thirty days of service of Plaintiff's Summons and Complaint on Smith & Nephew. Additionally, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within one year after commencement of this action.

4.      Plaintiff's Complaint seeks money damages for alleged personal injuries and damages sustained by Annette Carbone, which arise out of a surgery that the Plaintiff underwent on her femur on or about March 26, 2016.  See Complaint ¶ 3, attached as **Exhibit C**.

5.      Plaintiff alleges that her injuries and damages were caused by a defect in a surgical device used during her surgery, namely, an intramedullary nail allegedly manufactured and sold by Smith & Nephew, Inc.  The Complaint seeks damages against Smith & Nephew, Inc. by virtue of General Statutes Sec. 52-572m, et seq. for *inter alia*, manufacturing defect, design defect, failure to warn/inadequate warnings, and breach of express and implied warranty of merchantability.  See Complaint ¶ 7, attached as **Exhibit C**.

6.      At the time this action was commenced and since, Plaintiff was a citizen and resident of the State of Connecticut, residing at 139 Eddan Drive, East Haven, Connecticut, Connecticut.  See Summons, attached as **Exhibit C**.

7.      At the time this action was commenced and since, Smith & Nephew, Inc. was and is a Delaware Corporation with its principal place of business located in Memphis, Tennessee. See **Exhibit D**, Affidavit of Thomas N. Lyons, Esq.  Therefore, pursuant to 28 U.S.C. § 1332(c), it is a citizen of Delaware and Tennessee.

8.      Upon information and belief, the amount in controversy in this action is in excess of $75,000.00, exclusive of interest and costs.

9.      In support of the belief of the amount in controversy, the Plaintiff's Complaint alleges that Plaintiff suffered the following injuries: a. right femur fracture; b. surgery which involved the "complex removal of hardware, including a broken right femur intramedullary nail, an open reduction and internal fixation of the right [sic] [femur] and bone graft; c. emotional

distress; d. pain and loss of her enjoyment of life's leisure activities; and e. medical bills and future medical bills.  See Complaint ¶¶ 6-7, attached as **Exhibit C.**

10.     Pursuant to 28 U.S.C. § 1332, the United States District Court for the District of Connecticut has original jurisdiction over this action because it is between citizens of different states and, upon information and belief, the amount in controversy is in excess of $75,000.00, exclusive of interest and costs.

11.     Pursuant to 28 U.S.C. § 1446(a), a copy of Plaintiff's Service of Process Transmittal, Summons, and Complaint are attached hereto as **Exhibits B and C**.

12.     After the filing of this Notice of Removal, Smith & Nephew, Inc. will give written notice to Plaintiff and file a copy of this Notice of Removal with the Clerk of the Superior Court J.D. of New Haven, Connecticut.

**WHEREFORE**, Smith & Nephew, Inc. prays that the above-captioned case be removed to the United States District Court for the District of Connecticut.

THE DEFENDANT,
SMITH & NEPHEW, INC.


BY :/s/*Thomas N. Lyons*
    R. Cornelius Danaher, Jr.
    Federal Bar No.: ct 5350
    Thomas N. Lyons
    Federal Bar No.: ct26937
    DANAHERLAGNESE, P.C.
    21 Oak Street, Suite 700
    Hartford, Connecticut 06106
    Telephone: 860.247.3666
    Facsimile: 860.547.1321
    Email: ndanaher@danaherlagnese.com;
          tlyons@danaherlagnese.com

## **CERTIFICATION**

I hereby certify that on January 31, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court and served by mail and/or email to the below:

Jeffrey D. Lynch, Esq.
Perkins & Associates
30 Lucy Drive
Woodbridge, CT 06525
**ATTORNEY FOR PLAINTIFF**

_/s:/Thomas N. Lyons_
Thomas N. Lyons