# EXHIBIT C

**SUMMONS - CIVIL**
JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov



See other side for instructions

[ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
[X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
[ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 235 Church Street, New Haven, Connecticut 06510 | ( 203 )503-6800 | February 26, 2019<br>Month  Day  Year |
| [X] Judicial District   [ ] G.A. Number: | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>New Haven | Case type code (See list on page 2)<br>Major: T     Minor: 20 |
| [ ] Housing Session | | |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Perkins & Associates, 30 Lucy Street, Woodbridge, Connecticut 06525 | 421154 |
| Telephone number (with area code)<br>( 203 ) 397-1283 | Signature of Plaintiff (if self-represented) | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [X] Yes   [ ] No | Email address for delivery of papers under Section 10-13 (if agreed to)<br>wkowarik@perkinsandassoc.com |
|---|---|---|

Number of Plaintiffs: 1     Number of Defendants: 1     [ ] Form JD-CV-2 attached for additional parties

| Parties | | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|---|
| First Plaintiff | Name: | Carbone, Annette | P-01 |
| | Address: | 139 Eddan Drive, East Haven, CT 06512 | |
| Additional Plaintiff | Name: | | P-02 |
| | Address: | | |
| First Defendant | Name: | SMITH & NEPHEW, INC. C/o their Agent for Service C T CORPORATION SYSTEM | D-01 |
| | Address: | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408 | |
| Additional Defendant | Name: | | D-02 |
| | Address: | | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left<br>Jeffrey D. Lynch | Date signed<br>01/22/2019 |
|---|---|---|---|
| If this Summons is signed by a Clerk:<br>a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | For Court Use Only<br>File Date | |
| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |

(Page 1 of 2)

RETURN DATE: FEBRUARY 26, 2019  :     SUPERIOR COURT

ANNETTE CARBONE             :      J.D. OF NEW HAVEN

VS.                                     :      AT NEW HAVEN

SMITH & NEPHEW, INC.           :      JANUARY 22, 2019

<u>**COMPLAINT**</u>

1. At all times mentioned herein, the defendant was a corporation organized and existing under the laws of the State of Delaware and was engaged in the manufacture, selling, distribution and/or retailing of Smith & Nephew surgical devices including a titanium alloy right femoral shaft.

2. Prior to March 26, 2016, the Yale New Haven Hospital purchased from the defendant a Smith & Nephew titanium alloy right femoral shaft. (the "product").

3. On or about March 26, 2016, the plaintiff underwent a surgical procedure in which the surgeon implemented the product for its intended use.

4. On or about July 5, 2016, the plaintiff entered Yale New Haven Hospital complaining of an inability to walk without increased right hip/femur pain.

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street  Woodbridge, CT 06525  (203) 397-1283

5. On or about July 5, 2016, a CT scan was done which showed a failure of the Smith & Nephew titanium alloy right femoral shaft and more specifically a broken right femur intramedullary nail ("the malfunction").

6. On or about July 12, 2016, the plaintiff underwent a surgical procedure, which included the complex removal of hardware including a broken right femur intramedullary nail, an open reduction and internal fixation of the right of the right subtrochanteric and a bone graft.

7. The defendant is liable and legally responsible to the plaintiff for the injuries and damages caused by said malfunction by virtue of General Statutes Sec. 52-572m, et seq., in one or more of the following respects:

a, in that the femoral shaft fractured at a screw hole about 2 inches from one end because of fatigue loading;

b. In that poor design compounded by the inadequate fit and assembly of the screwed assembly, contributed to the failure with fretting indications;

c. In that screw contact with the shaft holes was poor; metal surfaces were scored and fretting corrosion all contributed to the failure

d. in that the said product was in a defective and unreasonably dangerous condition and could not be used without unreasonable risk of injury to the plaintiff.

e. in that the defendant failed to warn the plaintiff that the product in question was dangerous and subject to failure;

f. in that the warnings and instructions which were given and

PERKINS & ASSOCIATES - Attorneys at Law
30 Lacy Street   Woodbridge, CT 06525   (203) 397-1283

f. in that the warnings and instructions which were given and which accompanied said product were inadequate and failed to provide sufficient notice to the plaintiff of the dangerous propensities of said product;

g. in that the defendant misrepresented to the plaintiff and the general public that the product in question was safe for use by the public;

h. in that the defendant failed to disclose to the plaintiff and the general public the dangerous propensities of the product;

i. in that the defendant was negligent in failing to properly and adequately test said product prior to marketing it; in that the defendant designed said product in a defective manner; in that the defendant knew or should have known of the dangerous characteristics of said product yet continued its manufacture and distribution; and/or in that the defendant used improper materials in the construction of said product;

j. in that the defendant breached an implied warranty of merchantability in that said product was not of merchantable quality and fit for its intended purpose; and

k. in that the defendant breached its express warranties that said product was safe and effective for its intended use.

8. The product in question was not altered or modified in any way by the plaintiff or any third party from the condition in which it was manufactured and sold by the defendants.

9. Said product was expected to and did reach the plaintiff without substantial change in the condition from which it was manufactured and sold;

10. As a result of said malfunction, the plaintiff suffered the following injuries, some of which may be permanent in nature:

PERKINS & ASSOCIATES - Attorneys at Law
30 Lacy Street  Woodbridge, CT 06525  (203) 397-1283

a. Right femur fracture; and

b. Emotional distress.

11. As a result of said malfunction and resultant injuries, the plaintiff has been forced to suffer pain and a loss of her enjoyment of life's leisure activities.

12. As a further result of said malfunction and resultant injuries, the plaintiff was forced to expend money for medical care and may in the future be obliged to expend further sums for such purposes.

THE PLAINTIFF

BY: _____

Jeffrey D. Lynch
Perkins and Associates
30 Lucy Street
Woodbridge, CT  06525
Tel. No. 203-397-1283

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street    Woodbridge, CT 06525    (203) 397-1283

RETURN DATE: FEBRUARY 26, 2019  :        SUPERIOR COURT

ANNETTE CARBONE                  :        J.D. OF NEW HAVEN

VS.                              :        AT NEW HAVEN

SMITH & NEPHEW, INC.             :        JANUARY 22, 2019

### PRAYER FOR RELIEF

The plaintiff claims:

    1.    Monetary damages;

    2.    Such other and further relief as the court deems fair and

equitable.

                      THE PLAINTIFF

BY: _____
          Jeffrey D. Lynch
          Perkins and Associates
          30 Lucy Street
          Woodbridge, CT  06525
          Tel. No. 203-397-1283
          Juris No. 421154

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street    Woodbridge, CT 06525    (203) 397-1283

RETURN DATE: FEBRUARY 26, 2019   :       SUPERIOR COURT

ANNETTE CARBONE                  :       J.D. OF NEW HAVEN

VS.                              :       AT NEW HAVEN

SMITH & NEPHEW, INC.             :       JANUARY 22, 2019

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than

$15,000.00, exclusive of interest and costs.

                              THE PLAINTIFF

                              BY:_____
                                 Jeffrey D. Lynch
                                 Perkins and Associates
                                 30 Lucy Street
                                 Woodbridge, CT  06525
                                 Tel. No. 203-397-1283
                                 Juris No. 421154

PERKINS & ASSOCIATES - Attorneys at Law
30 Lucy Street   Woodbridge, CT 06525   (203) 397-1283

State of Connecticut)
               ) ss East Hartford                     January 25, 2019
County of Hartford  )

       Then and by virtue hereof and by direction of the Plaintiff's Attorney, I made due and legal service by leaving a true and attested verified copy of Summons, Complaint, Prayer in Relief and Statement of Amount in Demand with and in the hands of Gary Scappini at the office of CT Corporation System, 67 Burnside Ave., East Hartford, CT, registered Agent for service for the within named Smith & Nephew, Inc.

       The within is the original Summons, Complaint, Prayer in Relief and Statement of Amount in Demand with my doings hereon endorsed.

                                ATTEST:

                                Richard E. Ostop

| Fee: | | |
|---|---|---|
| Service | $ | 40.00 |
| Pages- | | 7.00 |
| Endor | | 1.60 |
| Travel | | 6.40 |
| | $ | 55.00 |

CT State Marshal
Hartford County